# United States District Court
# Central District of California

| | |
|---|---|
| MICHAEL WHITE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE SENIOR LEADERS SEVERANCE PAY PLAN OF DANAHER CORPORATION AND ITS AFFILIATED COMPANIES, et al.<br><br>　　　　　Defendants. | Case No. 2:17-cv-03476-ODW(JCx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS** |

## **JUDGMENT**

In light of the Court's Order **GRANTING** Defendant The Senior Leaders Severance Pay Plan of Danaher Corporation and Danaher Corporation's Motion for Summary Judgment, ECF No. 30, **IT IS HEREBY ORDERED:**

1. Plaintiff Michael White shall take nothing;
2. Judgment for defendants The Senior Leaders Severance Pay Plan of Danaher Corporation and Danaher Corporation;

3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

June 27, 2018

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**